```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-22539-CIV-MORENO
                              MAGISTRATE JUDGE P.A. WHITE
```

GRENARD PRATT,                  :

    Plaintiff,                 :

v.                              :      REPORT RE TRANSFER
                                                           TO CORRECT VENUE
FLORIDA PAROLE COMMISSION,      :

    Defendant(s).              :
_____

    Grenard Pratt, a state prisoner, has filed a _pro se_ civil rights complaint alleging claims which arose out of conditions or events at Lake Correctional Institution, an institution located in Lake County, in the Middle District of Florida. Pratt claims that he is mentally ill and has not received medical attention. He seeks twenty nine million dollars as relief.

    The appropriate venue provision in this case is 28 U.S.C. §1391(b). <u>Clark v. Harp</u>, 737 F.Supp. 676 (D. D.C. 1990); <u>Harley v. Oliver</u>, 400 F.Supp. 105 (W.D. Ark. 1975). That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated.

This case has no connection with the Southern District of Florida, and it is therefore recommended that the Clerk be directed to transfer it to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §1406(a).[1]

Dated this 28th day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Lucy Lara, Court Assignments Clerk

  Grenard Pratt, Pro Se
  DC#858386
  Lake CI
  Clermont, FL
  Address of record

---

[1] Due to clerical error although this report was done in September, 2008, it was never docketed.